

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

June 11, 2024

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Nazario Rolon*, No. 24 Mag. 2199

Dear Judge McCarthy:

    The Government respectfully requests that the Court unseal the Complaint, No. 24 Mag. 2199, in the above-referenced case, as the defendant has been arrested by law enforcement officers.

Respectfully submitted,

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy
6-11-2024

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Justin L. Brooke
Jared D. Hoffman
Assistant United States Attorneys
(914) 993-1918 / -1928