## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

Via ECF

November 11, 2025

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** *United States v. Contreras et al.*, No 24 Cr. 231 (S.D.N.Y.)

Dear Judge Karas:

With the consent of the government, we write to respectfully request an adjournment of the November 25th sentencing of Nazario Rolon to December 15, 2025, at 11:30 A.M.

Both Mr. Dratel and I have had deadlines and other pressing matters in recent weeks. Mr. Dratel had an extensive extradition opposition due October 31, a sentencing submission, a Second Circuit brief, and the work necessary to react to the Department of Justice's recent reversal of a no-seek decision. Mr. Spilke has been working on discovery demands in a death-authorized case, and *in limine* motions and responses for a December murder trial before Judge Halpern (*United States v. Pulliam*, No. 24 Cr. 377). We are also working with Mr. Rolon's family to obtain records relating to Mr. Rolon's childhood lead poisoning and learning disabilities as well as other materials to include in Mr. Rolon's sentencing submission.

Accordingly, for all the reasons set forth above, it is respectfully requested that the Court adjourn Mr. Rolon's sentencing from November 25, 2025, until December 15, 2025, at 11:30 A.M., with a corresponding adjournment of the due dates for sentencing submissions. As noted previously, we have conferred with counsel for the government, who has no objection to this request. We appreciate the Court's attention to this matter.

Granted.

So Ordered.
/s/ 11/11/25

Respectfully submitted,

Ezra Spilke
Joshua Dratel

cc:  All counsel of record, by ECF
     Deanna M. Paige, U.S. Probation Officer, by email