LAW OFFICES OF
## DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS

SAMANTHA ENGST-MANSILLA
*Paralegal*

AMY E. GREER
JACOB C. EISENMANN

December 10, 2025

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re:    *United States v. Nazario Rolon*,
>         24 Cr. 231 (KMK)

Dear Judge Karas:

This letter is respectfully submitted on behalf of defendant Nazario Rolon, whom Ezra Spilke, Esq., and I represent in the above-entitled case, and requests an adjournment of Mr. Rolon's sentencing, currently set for December 15, 2025, at 11:30 a.m., until Wednesday, December 17, 2025, at 3 p.m.  I have been in contact with Assistant United States Attorney Justin L. Brooke, and he has informed me the government consents to this application.

The two-day adjournment is requested because Mr. Spilke is currently engaged in trial before the Honorable Philip M. Halpern, and summations are projected to occur Monday, December 15, 2025, the day of the scheduled sentencing herein. The two-day adjournment would permit Mr. Spilke to participate, as anticipated, at sentencing as Mr. Rolon's primary counsel.

Accordingly, it is respectfully requested that the Court adjourn the sentencing herein until December 17, 2025, at 3 p.m.

Granted.

So Ordered

12/10/25

Respectfully submitted,

Joshua L. Dratel